# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

DEBBIE MALONEY, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 16-cv-401

**NOTICE OF DISMISSAL WITH PREJUDICE**

Hon. Rudolph T. Randa

THE PLAINTIFF, Debbie Maloney, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, Diversified Consultants, Inc., has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 28th day of July 2016.

By:   s/ Mark A. Eldridge
       Mark A. Eldridge (SBN: 1089944)
       ADEMI & O'REILLY, LLP
       3620 East Layton Avenue
       Cudahy, WI 53110
       meldridge@ademilaw.com
       tel (414) 482-8000
       fax (414) 482-8001

1